**Timothy Royal KING, Petitioner–Appellant,**

v.

**Robert SMITH, Superintendent; Attorney General of North Carolina, Respondents–Appellees.**

No. 01–8101.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 28, 2002.

Timothy Royal King, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Timothy Royal King appeals the district court's order denying his motion for reconsideration of the court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no abuse of discretion. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See King v. Smith*, No. CA–01–440–5–BR (E.D.N.C. Oct. 30, 2001).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* We note that King's appeal is timely only as to the district court's order denying reconsideration, and not as to the underlying order denying the petition. *See* Fed. R.App. P. 4(a)(4); *In re Burnley*, 988 F.2d 1, 3 (4th Cir.1992).